IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Anthony Scott,                                   Case No. 1:10 CV 518

                    Petitioner,                  MEMORANDUM OPINION
                                                 AND ORDER

          -vs-
                                                 JUDGE JACK ZOUHARY
Bennie Kelly,

                    Respondent.

        This Court has reviewed the Report and Recommendation (R&R) filed by Magistrate Judge

Knepp on November 23, 2010 in this matter (Doc. No. 8). Under the relevant statute (28 U.S.C.

§ 636(b)(1)):

>        Within fourteen days after being served with a copy, any party may serve and file
>        written objections to such proposed findings and recommendations as provided by
>        rules of court. A judge of the court shall make a de novo determination of those
>        portions of the report or specified proposed findings or recommendations to which
>        objection is made.

In this case, the fourteen-day period has elapsed and no objections have been filed. The failure to file

written objections constitutes a waiver of a *de novo* determination by the district court of an issue

covered in the R&R. *United States v. Sullivan*, 431 F.3d 976, 984 (6th Cir. 2005).

        After reviewing the Petition for Writ of Habeas Corpus (Doc. No. 1), Respondent's Motion

to Dismiss (Doc. No. 7), and the Magistrate's R&R (Doc. No. 8), this Court adopts the R&R in its

entirety. The Petition is denied. Furthermore, this Court certifies that an appeal could not be taken

in good faith pursuant to 28 U.S.C. §§ 1915(a)(3) and 2253(c).

        IT IS SO ORDERED.

                                         ___s/ Jack Zouhary___
                                         JACK ZOUHARY
                                         U. S. DISTRICT JUDGE

                                         December 10, 2010